FILED
2016 Apr-19 PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2016 APR 19 A 10:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number: 6301

ROBERT LEE JACOBS

(Enter above the full name of the plaintiff in this action)

*NOTICE TO FILING PARTY*

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

HUNTSVILLE POLICE DEPARTMENT,
INV K. BROWNING, (H.P.D.),
MR. NICK STRICKLAND, (PLAINTIFF)
AND WITNESS FOR STATE.

(Enter above full name(s) of the defendant(s) in this action)

CV-16-P-0629-NE

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ) No (X)

B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff: N/A

Defendant(s): N/A

2. Court (if Federal Court, name the district; if State Court, name the county) N/A

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. Place of present confinement MADISON COUNTY METRO JAIL

A. Is there a prisoner grievance procedure in this institution?
Yes (X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ( ) No (X)

C. If your answer is YES:

1. What steps did you take?

2. What was the result?

D. If your answer is NO, explain why not: INCIDENT HAPPEN OUT-SIDE, BEFORE INCARCERATION, BY ARRESTING-OFFICERS (H.P.D.). METRO JAIL HAD NOTHING TO DO WITH INCIDENT.

II. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) ROBERT LEE JACOBS

Address P.O. BOX 2047

HUNTSVILLE, ALABAMA 35804

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant HUNTSVILLE POLICE DEPARTMENT (ARRESTING OFFICERS)

Is employed as HUNTSVILLE POLICE OFFICERS

at HUNTSVILLE POLICE DEPARTMENT

C. Additional Defendants INVESTAGATOR K. BROWNING, (H.P.D.) INVESTAGATOR FOR HUNTSVILLE POLICE DEPARTMENT MR. NICK STRICKLAND, WITNESS FOR STATE, (PLAINTIFF).

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

(1) ON THE 18TH DAY OF MARCH AROUND 8:00 PM HUNTSVILLE POLICE OFFICERS, RESPONING TO A ROBBERY CALL, ASSULTED ROBERT LEE JACOBS WITH HANDCUFFS, CAUSING A WOUND TO THE UPPER RIGHT EYE OF MR. JACOBS, REQUIRING SEVERAL SUTURES.

(2) ALSO, INVESTAGATING OFFICER K. BROWNING INPROPERLY

DID HIS JOB OF INVESTAGATING, SAID ROBBERY BY ASSUMING FACTS NOT INVESTAGATED OR PROVEN BY DETAINING MR. JACOBS WITHIN MINUTES OF ARRIVAL, STATING MR JACOBS HAD A "STREET KNIFE"

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I WANT THE COURT TO MAKE THEM PAY FOR MY HOSPITAL COST, AND PAIN. REMOVE ROBBERY CASE, AND PAY FOR EVERY DAY I AM INCARCERATED UNDER THESE FALSE, AND UNWARRANTED CHARGE. MR. STRICKLAND SHOULD BE CHARGED WITH MAKING A FALSE REPORT, AND I SHOULD RECEIVE MONIES FOR DAYS INCARCERATED.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on APRIL 13, 2016

Robert L Jacobs
SIGNATURE

ADDRESS P.O. BOX 2047
HUNTSVILLE, ALABAMA 35804

AIS # 6301

STATEMENT OF CLAIM (PAGE 5)

(2) CONT: WHEN NO KNIFE WAS FOUND ON MR. JACOBS. ALSO, INV. K. BROWNING STATES THAT A ROBBERY OCCURED AS WARRANT STATES. WHEN IN FACT NO ROBBERY - OCCURED.

A MR. NICK STRICKLAND (NAME UNKNOWN AT THE TIME) A WHITE MALE, CALLED POLICE AND REPORTED A ROBBERY. RESPONING OFFICERS, ALSO WHITE MALES TAKES MR. STRICKLAND WORD, THAT I ROBBED HIM, WHEN NOTHING WAS TAKEN, AS INV. K. BROWNING STATED ONCE ARRESTED. I'M AFRICAN AMERICAN AND I KNOW RACE WAS A FACTOR.

Robert L. Jacobs

WARRANT # 16-1666

ROBERT L. JACOBS # 6301
P.O. BOX 2047 - N8
HUNTSVILLE, AL 35804

BIRMINGHAM AL 350

Mailed From The Madison County JAIL Huntsville, Alabama

USA FOREVER

CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ALABAMA, ROOM 140, HUGO L. BLACK U.S. COURTHOUSE
1729 5TH AVENUE NORTH, BIRMINGHAM, ALABAMA 35203-2195

35203$2001 C006